David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| JAY W. STONEHOCKER<br>JAIMEE STONEHOCKER,<br>   Debtor(s) | Bankruptcy No. 09-22403<br>(Chapter 7)<br>Judge Joel T. Marker |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtors represents to the Court that:

✔ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

\_\_\_\_ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 203 | ACS<br>PO Box 7052<br>Utica, NY 13504 | $149.70 |

A check in the amount of $149.70 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: January 12, 2011

                                                          DAVID L. MILLER
                                                          Chapter 7 Trustee